NUMBER 13-07-00643-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

INGRAM READYMIX, INC., Appellant,


v.



SOUTHERN CONTRACTING, INC., 

STEVE D. CERVANTES, INDIVIDUALLY, 

AND CONTINENTAL CASUALTY COMPANY, Appellees.

_____________________________________________________________


On Appeal from the 319th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 319th District Court
of Nueces County, Texas, in cause number 07-05189-00-0. Appellant has filed an
unopposed motion to dismiss the appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith. Any pending motions are denied as moot.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 6th day of August, 2009.